DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANNE C. HSIEH (CABN 288159)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    FAX: (415) 436-7234
    Anne.Hsieh@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 3:20-MJ-71458 MAG |
| Plaintiff, | **[PROPOSED] DETENTION ORDER** |
| v. | |
| ERNEST CLARK DAVIS II, | |
| Defendant. | |

    On October 9, 2020, defendant Ernest Davis Clark II was charged by Complaint with Illegal Possession of Machineguns, in violation of Title 18, United States Code, Section 922(o).

    This matter came before the Court on October 20, 2020, for a detention hearing. All parties, including the defendant, appeared by video teleconference. The defendant was represented by Assistant Federal Defender Angela Chuang. Assistant United States Attorney Annie Hsieh appeared for the government. A United States Pretrial Services Agency Officer was also present. Pretrial Services submitted a report recommending that the defendant be released on a $100,000 unsecured bond, co-signed by the defendant's mother and significant other, with special conditions of release. The Pretrial Services report determined that the defendant posed both a risk of non-appearance and a danger to the community, but that these could be mitigated by a combination of release conditions, including sureties,

a custodian, and electronic monitoring.  At the hearing, counsel submitted proffers and arguments regarding detention.  The government moved for detention, supporting its motion with its written memorandum of points and authorities (ECF Dkt. 6) and oral proffers at the hearing.  The defendant opposed detention and requested the court adopt the recommendation of Pretrial Services.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.  Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the bases for the Court's decision includes the following findings: (1) the defendant is charged with the illegal possession of machineguns, a type of weapon capable of causing mass deadly violence; (2) the defendant manufactured these machineguns and other firearms in his home, where he was essentially operating his own weapons factory; (3) the defendant openly fired these machineguns in a residential area, engaging in highly dangerous conduct that reflects an alarming disregard for the safety of others and the community; and (4) the defendant has repeatedly committed serious felonies while under supervision, indicating that there are no conditions of release that the Court can order that will reasonably assure the safety of the community if defendant is released. The Court's findings and conclusions are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the

1  defendant to an authorized United States Marshal for the purpose of any appearance in connection with a
2  court proceeding.
3      IT IS SO ORDERED.
4
5  DATED: October 23, 2020
6                                                                    _____
                                                                      HONORABLE JOSEPH C. SPERO
                                                                      United States Chief Magistrate Judge

[PROPOSED] DETENTION ORDER          3                              v. 11/01/2018
CR 3:20-MJ-71458 MAG